UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 9, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-MJ-0086-JDP |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| NEFTALI CASTILLO MONTES | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NEFTALI CASTILLO MONTES Case No. 2:22-MJ-0086-JDP Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

__X__ Unsecured Appearance Bond $ 25,000.00

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): Defendant's release is delayed until the titles of two vehicles have been surrendered to the Clerk, USDC, Eastern District of California.

Issued at Sacramento, California on June 9, 2022 at 2:14 PM

By: _____
Magistrate Judge Jeremy D. Peterson