UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS HORACIO RAMIREZ HERNANEZ, FERNANDO ALDAMA TINOCO, WALTER GARCIA-RUIZ, GEOVANY ESPINOZA NORZAGARAY, aka GEOVANY ESPINOZA, and NEFTALI CASTILLO MONTES,<br><br>Defendants. | **CONSENT ORDER GRANTING SUBSTITUION OF ATTORNEY**<br><br>**Case No.: 2:22-cr-00136-DAD** |

Notice is hereby given, subject to approval by the Court, that Defendant NEFTALI CASTILLO MONTES substitutes Mary Ann F. Bird, State Bar No. 206770 as counsel of record in place of Mr. Clemente Jimenez, State Bar No. 207136.

Contact Information for new counsel is as follows:

Firm Name: Bird and Van Dyke, Inc.

Address: 2111 W. March Lane, B-300, Stockton, CA 95207

Telephone: (209) 414-3266        Fax: (209) 414-3268

E-Mail: maryann@birdandvandyke.com

BIRD & VAN DYKE
CONSENT ORDER GRANTING SUBSTITUION OF ATTORNEY - 1

I consent to the above substitution.

Dated: 9/19/22                            /s/ Neftali Castillo Montes_____

I consent to being substituted.

Date:  _09/19/22_____          /s/ Clemente Jimenez_____
                                            CLEMENTE JIMENEZ, ESQ.

I consent to the above substitution.

Date:  _09/20/22_____          /s/ MARY ANN. F. BIRD _____
                                            MARY ANN F. BIRD, ESQ.
                                            Bird & Van Dyke, Inc.

## ORDER

The Substitution of attorney is hereby **APPROVED** and so **ORDERED**.

Dated:  September 30, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE