1  MICHELE BECKWITH
   Acting United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:22-CR-00135-KJM-2
12 |                   Plaintiff,     | CASE NO. 2:22-CR-00136-KJM-5
13 |            v.                    | [PROPOSED] ORDER SEALING DOCUMENTS
                                       AS SET FORTH IN GOVERNMENT'S NOTICE
14 | NEFTALI CASTILLO MONTES,
15 |                   Defendant.

16

17     Pursuant to Local Rule 141(b) and based upon the representations contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's three-page document pertaining to

19 defendant Neftali Castillo Montes and the government's Request to Seal shall be SEALED until further

20 order of this Court.

21     It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23 //

24

25 //

26

27 //

28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET                1
FORTH IN GOVERNMENT'S NOTICE

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: 4/15/25

THE HONORABLE KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

2